Dillon Companies, Inc. et al v. Lopez et al  
Case 1:07-cv-01588-LTB   Document 13   Filed 07/27/2007   Page 1 of 1  
Doc. 13

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLORADO  
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01588-LTB-MEH

DILLON COMPANIES, INC. d/b/a CITY MARKET, INC., a Kansas corporation, and DILLON REAL ESTATE CO., a Kansas corporation, and  
HOME DEPOT U.S.A., INC., a Delaware corporation,

    Plaintiffs  
v.

SAM LOPEZ, JIMMY ABEYTA, AL HEAD, MIKE GORDON, B. SMITH, MICHAEL RHODES, JON BIRNDORF, RAY BRAZIL, GARY SPRINGER, JOHN DOES 1-100, and JANE DOES 101-200, Colorado residents,

    Defendants.

_____

ORDER
_____

For the reasons set forth on the record at the hearing held on July 27, 2007, IT IS HEREBY ORDERED that Plaintiffs' Joint Motion for Temporary Restraining Order, Declaratory Relief, and a Preliminary Injunction is DENIED WITHOUT PREJUDICE.

Dated: July 27, 2007 in Denver, Colorado.

                                               BY THE COURT:

                                               s/Lewis T. Babcock  
                                               LEWIS T. BABCOCK, JUDGE