### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Case No.  07-cv-01588-LTB-MEH

DILLON COMPANIES, INC. d/b/a CITY MARKET, INC., a Kansas corporation,
DILLON REAL ESTATE CO., INC., a Kansas corporation, and
HOME DEPOT U.S.A., INC., a Delaware corporation,
    Plaintiffs,

v.

SAM LOPEZ, JR.,
JIMMY ABEYTA,
AL HEAD,
MIKE GORDON,
B. SMITH,
MICHAEL RHODES,
JON BIRNDORF,
RAY BRAZIL,
GARY SPRINGER,
JOHN DOES 1-100, and
JANE DOES 101-200, Colorado residents,
    Defendants.

_____

### ORDER
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Pursuant to Fed.R.Civ.P. 41(a)(1) (Doc 29 - filed September 21, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that the claims of Plaintiff Home Depot U.S.A., Inc. shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

The claims of Plaintiffs Dillon Companies, Inc. and Dillon Real Estate Co., Inc. remain pending.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED:  September 24, 2007